# IN THE MISSOURI COURT OF APPEALS
## HANDDOWN LIST OF JULY 5, 2016
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)
AND ISSUED PER CURIAM**
----------------------------------------------------------------

**WD79147**       **Anita G. Lewis vs. Gabrielle Elledge-Levota**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)
AND ISSUED PER CURIAM**
----------------------------------------------------------------

**WD78740**       **State of Missouri vs. Michael N. Werneke**